CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 28 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES DALLAS GOODSON, SR., | ) | |
| | ) | Civil Action No. 7:11cv00197 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| T. BARBETTO, et al., | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Goodson's 42 U.S.C. § 1983 complaint against defendants T. Barbetto, R.C. Mathena, L. Fleming and J. Messer is **DISMISSED** without prejudice. The case is stricken from the active docket of the court.

**ENTER:** April 28, 2011.

UNITED STATES DISTRICT JUDGE